HEATHER E. WILLIAMS (CA Bar No. 122664)
Federal Defender
LAURA MYERS (IL Bar No. 6338417)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GARCIA,<br><br>Defendant. | Case No. 1:25-mj-00086-SAB<br><br>UNOPPOSED MOTION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND FED. R. CRIM. P. 32.1(C); ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

Defendant Jose Garcia, through counsel, moves this Court to modify Condition #6 of his probation to separate anger management and alcohol treatment into two components.  Under 18 U.S.C. § 3563(c), this Court may "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." Undersigned counsel has conferred with Joshua Banister, counsel for the government, who does not oppose the requested modification.[1]

On April 9, 2026, Mr. Garcia pled guilty to disorderly conduct, in violation of 36 C.F.R. § 2.34(a)(1). That same day, this Court imposed a 12-month term of unsupervised probation with an expiration date of April 9, 2027.  Condition #7 of his probation requires that Mr. Garcia

---

[1] As the relief sought here is favorable to Mr. Garcia and the government does not oppose the modification, Mr. Garcia does not request a hearing on this motion.  *See* Fed. R. Crim. P. 32.1(c)(2).

"complete an Anger Management course with an alcohol component for at least 6 weeks," and that he enroll no later than June 1, 2026, and complete the course no later than August 15, 2026.

Mr. Garcia, who lives in Tulare County, has been diligent in searching for a compliant program but cannot not find one that meets the Court's requirements.

Undersigned counsel also reached out to Supervisory Probation Officer Daniel Alejandro, who informed counsel that Mr. Garcia could enroll in behavioral counseling at Legacy Behavioral Services in Visalia but, because his probation is unsupervised, he would have to self-pay a $50 enrollment fee and $30 per class.  It is unclear how many classes would occur in a six-week period.

Considering these circumstances, Mr. Garcia respectfully requests that this Court modify Condition #6 to require him to complete a six-week anger management course and attend Alcoholics Anonymous at least once per week for six weeks.  This modification is in the interest of justice because it will ensure Mr. Garcia is able to comply with his conditions of probation while also receiving anger management and alcohol-related rehabilitative services as envisioned in the Court's judgment.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2026

/s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JOSE GARCIA

Garcia – Motion to Modify Probation

### ORDER

**IT IS SO ORDERED.**  Pursuant to 18 U.S.C. §§ 3563(c), the Court hereby modifies condition 6 as follows:

6.    The defendant shall complete at least a 6 week Anger Management course beginning no later than June 1, 2026, and complete by August 15, 2026.  The defendant shall also attend AA at least once per week for six weeks beginning the week of June 1, 2026, and shall file sworn proof of attendance to the court and Government Officer, through Counsel, if represented.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:    **May 12, 2026**    _____
                                                    STANLEY A. BOONE
                                                    United States Magistrate Judge

Garcia – Motion to Modify Probation